IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | | |
| | ) | | |
| Plaintiff-Respondent, | ) | Case No. | CV-09-33-E-BLW |
| | ) | | CR-06-59-E-BLW |
| v. | ) | | |
| | ) | **JUDGMENT** | |
| ANTONIO PENA-VELASQUEZ, | ) | | |
| | ) | | |
| Defendant-Movant. | ) | | |
| | ) | | |

Based upon the Court's Order filed herewith, IT IS HEREBY ORDERED AND ADJUDGED that the Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence (Docket No. 1) filed by ANTONIO PENA-VELASQUEZ is DISMISSED and Case No. CV-09-33-E-BLW is DISMISSED with prejudice.

DATED: **October 6, 2009**



_____
Honorable B. Lynn Winmill
Chief U. S. District Judge

**Judgment - 1**

**Judgment - 2**